UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**JOSEPH E. WEST**                          **CIVIL ACTION**

**VERSUS**                                  **No. 18-1967**

**LIFE INSURANCE COMPANY**                  **SECTION I**
**OF NORTH AMERICA**

### ORDER

Considering the joint motion[1] to stay and administratively close this case pending the exhaustion of plaintiff's administrative remedies,

**IT IS ORDERED** that the motion is **GRANTED**, and that this case is **STAYED AND ADMINISTRATIVELY CLOSED**. Any party may file a written motion to lift the stay and reopen the case within **thirty (30) days** of plaintiff's administrative remedies being exhausted.

New Orleans, Louisiana, May 17, 2018.

_____

---

[1] R. Doc. No. 11.

1

LANCE M. AFRICK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **DONALD W. BORDELON** | **CIVIL ACTION** |
| **VERSUS** | **No. 18-2563** |
| **WELLS FARGO FINANCIAL LOUISIANA, LLC, ET AL.** | **SECTION I** |

## ORDER

Considering the ex parte motion[1] filed by defendant Herschel Adcock, Jr. ("Adcock") to withdraw counsel,

**IT IS ORDERED** that the motion is **GRANTED**, and that Patricia A. Blankenbaker and Corey J. Giroir are withdrawn as counsel of record on behalf of Adcock.

New Orleans, Louisiana, May 3, 2018.

_____
**LANCE M. AFRICK**
**UNITED STATES DISTRICT JUDGE**

---

[1] R. Doc. No. 15.

3

                                        **UNITED STATES DISTRICT JUDGE**